# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 295 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DENNIS HOLLOMAN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 296 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DENNIS HOLLOMAN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 297 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DENNIS HOLLOMAN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 298 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

|                                              |   |                                                                |
|----------------------------------------------|---|----------------------------------------------------------------|
| DENNIS HOLLOMAN,                             | : |                                                                |
| Petitioner                                   | : |                                                                |
| COMMONWEALTH OF PENNSYLVANIA,               | : | No. 299 EAL 2021                                               |
| Respondent                                   | : |                                                                |
|                                              | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v.                                           | : |                                                                |
| DENNIS HOLLOMAN,                             | : |                                                                |
| Petitioner                                   | : |                                                                |
| COMMONWEALTH OF PENNSYLVANIA,               | : | No. 300 EAL 2021                                               |
| Respondent                                   | : |                                                                |
|                                              | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v.                                           | : |                                                                |
| DENNIS HOLLOMAN,                             | : |                                                                |
| Petitioner                                   | : |                                                                |
| COMMONWEALTH OF PENNSYLVANIA,               | : | No. 301 EAL 2021                                               |
| Respondent                                   | : |                                                                |
|                                              | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v.                                           | : |                                                                |
| DENNIS HOLLOMAN,                             | : |                                                                |
| Petitioner                                   | : |                                                                |
| COMMONWEALTH OF PENNSYLVANIA,               | : | No. 302 EAL 2021                                               |
| Respondent                                   | : |                                                                |

[295 EAL 2021, 296 EAL 2021, 297 EAL 2021, 298 EAL 2021, 299 EAL 2021, 300 EAL 2021, 301 EAL 2021 and 302 EAL 2021] - 2

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
|                          | : | Petition for Allowance of Appeal     |
| v.                       | : | from the Order of the Superior Court |
|                          | : |                                      |
|                          | : |                                      |
| DENNIS HOLLOMAN,         | : |                                      |
|                          | : |                                      |
| Petitioner               | : |                                      |

# **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.